IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MIKE SHALES, *et al*., | ) |
| Plaintiffs, | ) |
| v. | ) CIVIL ACTION |
| | ) NO. 14 C 2341 |
| MERRYMAN EXCAVATION, INC., | ) |
| an Illinois corporation, a/k/a MERRYMAN | ) JUDGE ROBERT W. GETTLEMAN |
| EXCAVATING, INC., | ) |
| Defendant. | ) |

## MOTION FOR ENTRY OF DEFAULT AND JUDGMENT

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendant, MERRYMAN EXCAVATION, INC., an Illinois corporation, a/k/a MERRYMAN EXCAVATING, INC., in the total amount of $52,751.52, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $1,949.00.

On April 10, 2014, the Summons and Complaint was served on the Registered Agent (by tendering a copy of said documents to Steve Sommerville, CFO) at his place of business (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on May 1, 2014. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment.

/s/ Catherine M. Chapman

# CERTIFICATE OF SERVICE

        The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this <u>11th</u> day of <u>September 2014</u>:

        Mr. Chris Noe, Registered Agent
        Merryman Excavation, Inc.
        1501 Lamb Road
        Woodstock, IL  60098


        /s/   Catherine M. Chapman


Catherine M. Chapman
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6204026
Telephone: (312) 216-2565
Facsimile: (312) 236-0241
E-Mail: cchapman@baumsigman.com

I:\FVLJ\Merryman\#25090\motion.cmc.df.wpd